UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLETCHER SMITH,

    Petitioner,

v.                                                                         4:15cv230-WS/EMT

STATE OF FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed June 9, 2015.  The magistrate judge recommends that the plaintiff's complaint be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated into this order by reference.

2. The clerk shall enter judgment stating: "All claims are DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this ___9th___ day of ___July___, 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE